**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcial GUARDADO–SIVIRIAN, Defendant–Appellant.**

**No. 11–10661.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 2, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Thomas E. Higgins, Esquire, Law Offices of Thomas E. Higgins Jr., Tucson, AZ, for Defendant-Appellant.

Marcial Guardado–Sivirian, Big Spring, TX, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM ***

Marcial Guardado–Sivirian appeals from the district court's judgment and challenges his guilty-plea conviction and 41–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Guardado–Sivirian's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Guardado–Sivirian with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Guardado–Sivirian has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).